IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 71.172.15.229

**ISP:** Verizon Internet Services
**Physical Location:** Fort Lee, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/18/2016 18:46:54 | CBBFC50E09ADCAD39FC43B21FE05592B097A5CD9 | Caprice Swaps Cocks |
| 08/30/2016 05:13:39 | B1E0385B564C27122173A0D66F3316566A3B2F08 | Teenage Lust |
| 08/29/2016 16:32:45 | 06FB314FC4BDB08156DD17474F94192DAC582E45 | Aurora Wants It All |
| 08/27/2016 09:10:59 | FC35F5ED86A37786D1CE7F3C99C7AEC5B0A500EE | Inside Caprice |
| 08/09/2016 03:41:00 | 58D5EEF4EC45FC5453BB2C4378AE51B99C924B3A | Hungry For Your Love |
| 08/06/2016 02:16:56 | ACFEE143AA00FFCBE2A3445CDDD3D38B37C775D2 | How Deep Is My Love Part #2 |
| 06/27/2016 14:01:15 | CC78D62A69F84083D97C90D739B700DAE85E6685 | Sultry Summer Heat |
| 06/17/2016 19:47:13 | 86C22A745DAF124EEC80D31E24924F38AF32EE7F | Pink Kitty |
| 06/06/2016 04:39:46 | DB3613179F09FA1FF8B03D31830956A599073E18 | Good Morning Melissa |
| 05/29/2016 06:14:27 | 3B4DCF2DAC5AC717D99F417D79012BB165575240 | The Kitty Will Play |
| 05/10/2016 23:05:22 | C7ECEA50AF323F48B084FD3017DBB537A4EFE1B8 | Asstastic |
| 05/02/2016 16:40:54 | 356078EFC37BD400ECA10FF358515B09181F757A | Fine Fingerfucking |
| 04/22/2016 19:11:43 | 25E6CE0F9DCE6D0CA7DB1F688DC6A6F41A03BE9F | Perfectly Taylored |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

CNJ629